1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERA HINKEY, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COACH, INC., a Maryland Corporation; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01343-JAM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(A) AND TO VACATE PENDING DEADLINES** |

[Proposed] Order Re Joint Stipulation To Transfer Case To S.D.N.Y. And To Vacate Pending Deadlines

Having reviewed the parties' Joint Stipulation to Transfer Venue to the Southern District of New York pursuant to 28 U.S.C. § 1404(a) and to Stay Pending Deadlines, IT IS HEREBY ORDERED that this action is TRANSFERRED to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a).  IT IS FURTHER ORDERED that all deadlines and dates pending in this Court are VACATED pending the transfer.

**IT IS SO ORDERED.**

Dated: 6/22/2016                                              /s/ John A. Mendez

                                                                      The Hon. John A. Mendez

                                                                      United States District Court Judge

---

[Proposed] Order Re Joint Stipulation To Transfer Case To S.D.N.Y. And To Vacate Pending Deadlines

1